*James John Rud and Brian Keith Hausfeld,*

*vs.*

*Nancy Johnston, et al.*

U.S. District Court No. 23-cv-486

# EXHIBIT 2

**STATE OF MINNESOTA**                                   **DISTRICT COURT**

**COUNTY OF RAMSEY**                                     **SECOND JUDICIAL DISTRICT**
                                                         Case Type: Civil Other

| | |
|---|---|
| James John Rud, and Brian Keith Hausfeld, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs. | Case No. _____<br><br><br>**CIVIL COVER SHEET**<br>**(NON-FAMILY CASE TYPE)** |
| Nancy Johnston, Executive Director, Minnesota Sex Offender Program; and Jodi Harpstead, Department of Human Services Commissioner, *in their official capacities,*<br><br>Defendants. | |

Date Case Filed: February 17, 2023

**Attorneys for Plaintiffs:**

Daniel E. Gustafson (#202241)
David A. Goodwin (#386715)
Anthony J. Stauber (#401093)
Joseph E. Nelson (#402378)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: 612-333-8844
Fax: 612-339-6622
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
tstabuer@gustafsongluek.com
jnelson@gustafsongluek.com

**Attorneys for Defendants:**

Unknown

1. Provide a concise statement of the case including facts and legal basis:

   Plaintiffs bring claims against Jodi Harpstead and Nancy Johnston in their official capacities for declaratory and injunctive relief and damages on behalf of classes defined as "All patients committed to the Minnesota Sex Offender Program who have received transfer orders to less restrictive facilities but who have yet to be transferred. (The "Awaiting Transfer Class")" and "All patients committed to the Minnesota Sex Offender Program who have received transfer orders to less restrictive facilities and who were transferred, but whose transfer was delayed. (The "Delayed Transfer Class")."

2. Date Complaint was served: <u>Sent out for service on February 17, 2023</u>

3. For Expedited Litigation Track (ELT) Pilot Courts only:
   a. ☐ the parties jointly and voluntarily agree that this case shall be governed by the Special Rules for ELT Pilot. Date of agreement: _____
   b. ☐ The court is requested to consider excluding this case from ELT for the following reasons: _____
   Note: ELT is mandatory in certain cases, and where mandatory, exclusion may also be sought by timely motion under the Special Rules for ELT Pilot.
   c. Anticipated number of trial witnesses: _____
   d. Amount of medical expenses to date: _____
   e. Amount of lost wages to date: _____
   f. Identify any known subrogation interests: _____

4. For Complex Cases (See Minn. Gen. R. Prac. 146):
   a. Is this case a "complex case" as defined in Rule 146? ___ Yes _X_ No
   b. State briefly the reasons for complex case treatment for this case:

5. Estimated discovery completion within <u>4</u> months from the date of this form.

6. Disclosure / discovery of electronically stored information discussed with other party?
   ☒ No   ☐ Yes, date of discussion: _____
   If Yes, list agreements, plans, and disputes: _____

7. Proposed trial start date: August 1, 2023

8. Estimated trial time: <u>3</u> days _____ hours (estimates less than a day must be stated in hours).

9. Jury trial is:
   ☐ waived by consent of _____ pursuant to Minn. R. Civ. P. 38.02.

   ☒ requested by ____Plaintiffs____ (NOTE: Applicable fee must be enclosed)

10. Physical/mental/blood examination pursuant to Minn. R. Civ. P. 35 is requested:
    ☐ Yes  ☒ No

11. Identify any party or witness who will require interpreter services, and describe the services needed (specifying language, and if known, particular dialect): __Unknown__

12. Issues in dispute: _____

13. Case Type / Category: ____Civil/Other____ (NOTE: select case type from Form 23, Subject Matter Index for Civil Cases, appended to the Minnesota Rules of Civil Procedure).

14. Recommended Alternative Dispute Resolution (ADR) mechanism: __TBD__
    (See list of ADR processes set forth in Minn. Gen. R. Prac. 114.02(a))
    Recommended ADR provider (known as a "neutral"): __TBD__
    Recommended ADR completion date: __TBD__
        If applicable, reasons why ADR not appropriate for this case: _____

By signing below, the attorney or party submitting this form certifies that the above information is true and correct.

Dated: February 17, 2023

**GUSTAFSON GLUEK PLLC**

/s/*Daniel E. Gustafson*
Daniel E. Gustafson (#202241)
David A. Goodwin (#386715)
Anthony J. Stauber (#401093)
Joseph E. Nelson (#402378)
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: 612-333-8844
Fax: 612-339-6622
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
tstabuer@gustafsongluek.com
jnelson@gustafsongluek.com