UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James John Rud, and Brian Keith Hausfeld, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Nancy Johnston, Executive Director, Minnesota Sex Offender Program; and Jodi Harpstead, Department of Human Services Commissioner, *in their official capacities,*<br><br>Defendants. | Court File No. 0:23-cv-00486-JRT-LIB<br><br>**MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION** |

Plaintiff James Rud, by and through counsel, hereby move this Court for a Temporary Restraining Order pursuant to Fed. R. Civ. P. 65(b) or, in the alternative, a preliminary injunction pursuant to Rule 65(a) enjoining Defendants from ignoring their statutory duties and compelling Defendants to effectuate CAP Transfer Orders.

This Motion is based on the pleadings, files and records herein, including Plaintiff's Memorandum of Law and the Declaration of Daniel E. Gustafson filed in support of this Motion.

Dated: March 6, 2023

*/s/Daniel E. Gustafson*
Daniel E. Gustafson (#202241)
David A. Goodwin (#386715)
Anthony J. Stauber (#401093)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: 612-333-8844

dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
tstabuer@gustafsongluek.com

***Attorneys for Plaintiffs and the Proposed Classes***