## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| James John Rud, and Brian Keith Hausfeld, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Nancy Johnston, Executive Director, Minnesota Sex Offender Program; and Jodi Harpstead, Department of Human Services Commissioner, *in their official capacities,*<br><br>Defendants. | Court File No. 0:23-cv-00486-JRT-LIB<br><br><br>**NOTICE OF HEARING** |

PLEASE TAKE NOTICE that on March 17, 2023, at 10:00 a.m., before the Honorable John R. Tunheim, U.S. District Court Judge, District of Minnesota, via Zoom, Plaintiff will move the Court for an order granting Plaintiff's Motion for Temporary Restraining Order or Preliminary Injunction.

Dated: March 6, 2023

*/s/Daniel E. Gustafson*
Daniel E. Gustafson (#202241)
David A. Goodwin (#386715)
Anthony J. Stauber (#401093)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: 612-333-8844
Fax: 612-339-6622
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
tstabuer@gustafsongluek.com

*Attorneys for Plaintiffs and the Proposed Classes*