UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| James John Rud and Brian Keith Hausfeld, on behalf of themselves and all others similarly situated, | Civil Case No. 23-cv-486 (JRT-LIB) |
| Plaintiffs, | |
| vs. | **DEFENDANTS' NOTICE OF APPEAL OF ORDER AT ECF NO. 35** |
| Nancy Johnston, Executive Director, Minnesota Sex Offender Program, and Jodi Harpstead, Department of Human Services Commissioner, in their official capacities, | |
| Defendants. | |

PLEASE TAKE NOTICE that Defendants Nancy Johnston, Executive Director, Minnesota Sex Offender Program, and Jodi Harpstead, Commissioner of the Minnesota Department of Human Services, in their official capacities, hereby appeal to the United States Court of Appeals for the Eighth Circuit from an order of the United States District Court for the District of Minnesota entered March 22, 2023 [Doc. 35] granting Plaintiffs' motion for a preliminary injunction.

Defendants bring this appeal under 28 U.S.C. § 1292(a)(1), which grants the Courts of Appeals jurisdiction over district court orders "granting, continuing, modifying, refusing, or dissolving injunctions, or refusing to dissolve or modify injunctions."

Dated: March 24, 2023.

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

*s/ Emily B. Anderson*
AARON WINTER
Assistant Attorney General
Atty. Reg. No. 0390914

EMILY B. ANDERSON
Assistant Attorney General
Atty. Reg. No. 0399272

GABRIEL ULMAN
Assistant Attorney General
Atty. Reg. No. 0402503

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1374 (Voice)
(651) 282-5832 (Fax)
aaron.winter@ag.state.mn.us
emily.anderson@ag.state.mn.us
gabriel.ulman@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS

|#5459962-v1