UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| James John Rud and Brian Keith Hausfeld, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Nancy Johnston, Executive Director, Minnesota Sex Offender Program, and Jodi Harpstead, Department of Human Services Commissioner, in their official capacities,<br><br>　　　　Defendants. | Civil Case No. 23-cv-486 (JRT-LIB)<br><br>**DEFENDANTS' MOTION TO STAY ORDER PENDING APPEAL** |

Defendants Nancy Johnston and Jodi Harpstead, in their official capacities, hereby move the Court for an order staying the Court's preliminary injunction order at ECF #35 pending Defendants' appeal of that order. Defendants request expedited handling of this Motion.

This Motion is based upon all files, records, and proceedings herein, including Defendants' Memorandum of Law in Support of their Motion to Stay the Order (ECF #35), dated March 24, 2023.

*[Signatures on Page 2]*

1

| | |
|---|---|
| Dated: March 24, 2023. | KEITH ELLISON<br>Attorney General<br>State of Minnesota<br><br>**s/ Aaron Winter**<br>AARON WINTER<br>Assistant Attorney General<br>Atty. Reg. No. 0390914<br><br>EMILY ANDERSON<br>Assistant Attorney General<br>Atty. Reg. No. 0399272<br><br>GABRIEL R. ULMAN<br>Assistant Attorney General<br>Atty. Reg. No. 0402503<br><br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota 55101-2131<br>(651) 757-1453 (Voice)<br>aaron.winter@ag.state.mn.us<br>emily.anderson@ag.state.mn.us<br>gabriel.ulman@ag.state.mn.us<br><br>*Attorneys for Defendants* |

#5459985-v1