UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| James John Rud, and Brian Keith Hausfeld, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>Nancy Johnston, Executive Director, Minnesota Sex Offender Program; and Jodi Harpstead, Department of Human Services Commissioner, in their official capacities,<br><br>    Defendants. | Civil File No. 23-cv-00486 (JRT/LIB)<br><br>**DECLARATION OF EMILY B. ANDERSON IN SUPPORT OF DEFENDANTS' MOTION TO STAY ORDER PENDING APPEAL** |

EMILY B. ANDERSON, under penalty of perjury, declares as follows:

1. I am an Assistant Attorney General at the Minnesota Attorney General's Office, and one of Defendants' counsel in this matter. I have personal knowledge of the facts set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email from Dan Gustafson, counsel for Plaintiffs, to Defendants' counsel dated March 22, 2023.

FURTHER YOUR DECLARANT SAYETH NOT.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2023.

                   *s/ Emily B. Anderson*
                   EMILY B. ANDERSON