

# UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| **Warren E. Burger Federal Building and U.S. Courthouse**<br>316 North Robert Street<br>Room 100<br>St. Paul, MN 55101 | **Diana E. Murphy U.S. Courthouse**<br>300 South Fourth Street<br>Room 202<br>Minneapolis, MN 55415 | **Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse**<br>515 West First Street<br>Duluth, MN 55802 | **Edward J. Devitt U.S. Courthouse and Federal Building**<br>118 South Mill Street<br>Fergus Falls, MN 56537 |

## TRANSMITTAL OF APPEAL

Date:   3/27/2023

To:   U.S. COURT OF APPEALS, 8TH CIRCUIT

From:   clk U.S. District Court-Minnesota

In Re:   District Court Case No. 23-cv-486 JRT/LIB
  Eighth Circuit Case No.:   Not yet assigned
  Case Title:   Rud et al v. Johnston et al

The statutory filing fee has:
  ☒ been paid, receipt number: AMNDC-10156043
  ☐ not been paid as of
     IFP   ☐ is   ☐ is not pending
  ☐ been waived because:
     ☐ Application for IFP granted   ☐ USA filed appeal

Length of Trial:   n/a

Was a court reporter utilized?   ☒ Yes   ☐ No
  If yes, please identify the court reporter: Kristine Mousseau 612-664-5106