UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 23-1577

_____

James John Rud, on behalf of themselves and all others similarly situated; Brian K. Hausfeld, on behalf of themselves and all others similarly situated

Plaintiffs - Appellees

v.

Nancy Johnston, Executive Director, Minnesota Sex Offender Program, in official capacity; Jodi Harpstead, Department of Human Services Commissioner, in official capacity

Defendants - Appellants

------

Appeal from U.S. District Court for the District of Minnesota
(0:23-cv-00486-JRT)

------

**JUDGMENT**

Before COLLOTON, BENTON, and KELLY, Circuit Judges.

The motion of appellees for dismissal of this appeal is granted. The appeal is hereby dismissed. See Eighth Circuit Rule 47A(b).

May 08, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
       /s/ Michael E. Gans