# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1577

James John Rud, on behalf of themselves and all others similarly situated and Brian K. Hausfeld, on behalf of themselves and all others similarly situated

Appellees

v.

Nancy Johnston, Executive Director, Minnesota Sex Offender Program, in official capacity and Jodi Harpstead, Department of Human Services Commissioner, in official capacity

Appellants

___

Appeal from U.S. District Court for the District of Minnesota
(0:23-cv-00486-JRT)

___

## MANDATE

In accordance with the judgment of May 8, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 30, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit