UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James John Rud, Brian Keith Hausfeld, Joshua Adam Gardner, Dwane David Peterson, Lynell Dupree Alexander, and Andrew Gary Mallan on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>Nancy Johnston, Executive Director, Minnesota Sex Offender Program; and Jodi Harpstead, Department of Human Services Commissioner, *in their official capacities*,<br><br>        Defendants. | Court File No. 0:23-cv-00486-JRT-LIB<br><br>**NOTICE OF APPEARANCE** |

**TO: THE COURT, COUNSEL OF RECORD, AND PARTIES IN INTEREST**

PLEASE TAKE NOTICE that Hannah L. Scheidecker, Esq., Fremstad Law, 3003 32nd Ave S., Ste 240 Fargo, ND 58103, gives notice and now appears as an attorney representing James John Rud and Brian Keith Hausfeld. Any prior attorneys shall remain an attorney of record as previously noted in the court file.

Dated: November 8, 2023

*/s/Hannah Scheidecker*
Hannah Scheidecker (#0401987)
Fremstad Law
3003 32nd Avenue South, Suite 240
Fargo, North Dakota 58103
Telephone: 701-478-7620
hannah@fremstadlaw.com

*Attorney for Plaintiffs and the Proposed Classes*