UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| James John Rud and Brian Keith Hausfeld, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Nancy Johnston, Executive Director, Minnesota Sex Offender Program, and Jodi Harpstead, Department of Human Services Commissioner, in their official capacities,<br><br>Defendants. | Civil Case No. 23-cv-486 (JRT-LIB)<br><br><br>**DEFENDANTS' MOTION TO STAY DISCOVERY** |

# MOTION

Defendants move the Court to for a motion to stay discovery pursuant to the Court's inherent authority and Federal Rules of Civil Procedure 26(c).

This Motion is based upon all files, records, and proceedings herein, including Defendants' Memorandum of Law in Support of their Motion to Stay Discovery.

Dated: November 21, 2023.

KEITH ELLISON
Attorney General
State of Minnesota

*s/ Aaron Winter*
AARON WINTER
Assistant Attorney General
Atty. Reg. No. 0390914

EMILY B. ANDERSON
Assistant Attorney General
Atty. Reg. No. 0399272

JACQUELINE CLAYTON
Assistant Attorney General
Atty. Reg. No. 0504082

45 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1453 (Voice)
(651) 282-5832 (Fax)
aaron.winter@ag.state.mn.us
emily.anderson@ag.state.mn.us
jackie.clayton@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS

|#5643280-v1