UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| James John Rud and Brian Keith Hausfeld, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Nancy Johnston, Executive Director, Minnesota Sex Offender Program, and Jodi Harpstead, Department of Human Services Commissioner, in their official capacities,<br><br>Defendants. | Civil Case No. 23-cv-486 (JRT-LIB)<br><br><br><br>**NOTICE OF HEARING ON DEFENDANTS' MOTION TO STAY DISCOVERY** |

TO: The Clerk of the United States District Court for the District of Minnesota and Plaintiffs, through counsel, Daniel E. Gustafson, David A. Goodwin, Anthony J. Stauber, Joseph E. Nelson, Matthew Jacobs, Gustafson Gluek PLLC, 120 South Sixth Street, Suite 2600, Minneapolis, Minnesota 55402; and Hannah Scheidecker (for Plaintiffs James John Rud and Brian Keith Hausfeld), Fremstad Law, 3003 32nd Avenue South, Suite 240, Fargo, North Dakota 58103.

**PLEASE TAKE NOTICE** t, Defendants Harpstead and Johnston's Motion to Stay Discovery will be heard on January 8, 2024, at 1:30 p.m., before the Honorable Leo I. Brisbois, U.S. Magistrate Judge, District of Minnesota, at the U.S. District Court, 515 West 1st Street, Duluth, Minnesota 55802.

*(signature on next page)*

|  |  |
|---|---|
| Dated: November 21, 2023. | KEITH ELLISON<br>Attorney General<br>State of Minnesota<br><br>***s/ Aaron Winter***<br>AARON WINTER<br>Assistant Attorney General<br>Atty. Reg. No. 0390914<br><br>EMILY B. ANDERSON<br>Assistant Attorney General<br>Atty. Reg. No. 0399272<br><br>JACQUELINE CLAYTON<br>Assistant Attorney General<br>Atty. Reg. No. 0504082<br><br>45 Minnesota Street, Suite 1400<br>St. Paul, Minnesota 55101-2131<br>(651) 757-1453 (Voice)<br>(651) 282-5832 (Fax)<br>aaron.winter@ag.state.mn.us<br>emily.anderson@ag.state.mn.us<br>jackie.clayton@ag.state.mn.us<br><br>ATTORNEYS FOR DEFENDANTS |

|#5643287-v1