UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| James John Rud, et al., | Case No. 23-CV-00486 (JRT/LIB) |
| Plaintiffs, | |
| vs. | **DEFENDANTS' NOTICE OF HEARING ON THEIR MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| Nancy Johnston, et al., | |
| Defendants. | |

TO: The Clerk of the United States District Court for the District of Minnesota and Plaintiffs, through counsel, Daniel E. Gustafson, David A. Goodwin, Anthony J. Stauber, Joseph E. Nelson, Matthew Jacobs, Gustafson Gluek PLLC, 120 South Sixth Street, Suite 2600, Minneapolis, Minnesota 55402; and Hannah Scheidecker (for Plaintiffs James John Rud and Brian Keith Hausfeld), Fremstad Law, 3003 32nd Avenue South, Suite 240, Fargo, North Dakota 58103.

**PLEASE TAKE NOTICE** that Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint will be heard at a date, time, and location to be determined by the Court.

Dated: December 1, 2023.        Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

*s/ Emily B. Anderson*
AARON WINTER
Assistant Attorney General
Atty. Reg. No. 0390914

EMILY B. ANDERSON
Assistant Attorney General
Atty. Reg. No. 0399272

JACQUELINE CLAYTON
Assistant Attorney General
Atty. Reg. No. 0504082

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1374 (Voice)
(651) 282-5832 (Fax)
aaron.winter@ag.state.mn.us
emily.anderson@ag.state.mn.us
jacqueline.clayton@ag.state.mn.us

*Attorneys for Defendants*

#5635230-v1

2