UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James John Rud and Brian Keith Hausfeld, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Nancy Johnston, Executive Director, Minnesota Sex Offender Program, and Jodi Harpstead, Department of Human Services Commissioner, in their official capacities,<br><br>Defendants. | Civil Case No. 23-cv-486 (JRT/LIB)<br><br>**ORDER** |

On October 24, 2023, the undersigned issued a Pretrial Conference Notice and Order [Docket No. 76]. On November 21, 2023, the Defendant's filed a Motion to Stay Discover [Docket No. 88]. Based upon review of the files and proceedings herein, **IT IS HEREBY ORDERED** that the issuance of the Rule 16 Pretrial Scheduling Order shall be held in abeyance until the Defendant's Motion to Stay Discovery [Docket No. 88] is heard on January 8, 2024.

DATED: December 15, 2023

s/Leo I. Brisbois
Hon. Leo I. Brisbois
U.S. MAGISTRATE JUDGE