UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James John Rud, Brian Keith Hausfeld, Joshua Adam Gardner, Dwane David Peterson, Lynell Dupree Alexander, and Andrew Gary Mallan, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>Nancy Johnston, Executive Director, Minnesota Sex Offender Program; and Jodi Harpstead, Department of Human Services Commissioner, *in their individual and official capacities,*<br><br>                Defendants. | Court File No. 0:23-cv-00486-JRT-LIB<br><br>**DECLARATION OF DANIEL E. GUSTAFSON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND EVIDENTIARY HEARING** |

I, Daniel E. Gustafson, declare under penalty of perjury the following:

1. I am a member of the law firm of Gustafson Gluek PLLC and counsel for Plaintiffs and the proposed class in the above-captioned matter.

2. Attached hereto as **Exhibit A** is a true and correct copy of *In re the Civil Commitment of Steven Loren Edwards*, Appeal Panel File No. AP21-9015 (Minn. Ct. App. 31, 2022).

3. Attached hereto as **Exhibit B** is a true and correct copy of *In the Matter of the Civil Commitment of Al Stone Folson*, Appeal Panel File No. AP19-9153 (Minn. Ct. App. Dec. 2, 2021).

4. Attached hereto as **Exhibit C** is a true and correct copy of *In the Matter of the Civil Commitment of Kerry Mitchell Lenz,* Appeal Panel File No. AP19-9091 (Minn. Ct. App. June 19, 2020).

      I declare under penalty of perjury that everything I have stated in this document is true and correct to the best of my knowledge.

Dated: January 3, 2024                      */s/ Daniel E. Gustafson*  
                                                          Daniel E. Gustafson