UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| James John Rud, et al., | Civil File No. 23-cv-00486 (JRT/LIB) |
| Plaintiffs, | |
| vs. | **DECLARATION OF EMILY B. ANDERSON IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |
| Nancy Johnston, et al., | |
| Defendants. | |

EMILY B. ANDERSON, under penalty of perjury, declares as follows:

1. I am an Assistant Attorney General at the Minnesota Attorney General's Office, and one of Defendants' counsel in this matter. I have personal knowledge of the facts set forth herein.

2. Plaintiffs served deposition notices for Defendant Nancy Johnston and Defendant Jodi Harpstead on December 4, 2023.

3. Attached hereto as Exhibit 1 is a true and correct copy of the 30(b)(6) deposition notice Plaintiffs served on Defendants on December 5, 2023.

4. On December 13, 2023, Plaintiffs served on Defendants their First Set of Interrogatories (a true and correct copy of which is attached hereto as Exhibit 2), and their First Set of Requests for Production of Documents, which contained 6 numbered requests not counting subparts.

5. Counsel for Plaintiffs and Defendants met and conferred about those requests and, on December 13, 2023, agreed that Defendants' responses to written discovery would not be due until 2 weeks after the final order on Defendants' motion to stay discovery

(including any potential objections to the Magistrate's recommendation resolved), and that no depositions would proceed until after a final order on that motion.

6. Attached hereto as Exhibit 3 is a true and correct copy of an email thread between myself and Dan Gustafson, attorney for Plaintiffs, dated January 12, 2024, through January 18, 2024. No additional replies were sent to this email chain (other than what is attached hereto as Exhibit 4).

7. Attached hereto as Exhibit 4 is a true and correct copy of an additional email responding to the earlier thread sent to me by Dan Gustafson dated January 17, 2024.

8. Attached hereto as Exhibit 5 is a true and correct copy of an excerpt of an email thread between Dan Gustafson and me regarding a potential evidentiary hearing dated January 22, 2024.

FURTHER YOUR DECLARANT SAYETH NOT.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 24, 2024.                *s/ Emily B. Anderson*
                                              EMILY B. ANDERSON