UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| James John Rud, et al., | Case No. 23-CV-00486 (JRT/LIB) |
| Plaintiffs, | **DEFENDANTS' AMENDED NOTICE OF HEARING ON THEIR MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| vs. | |
| Nancy Johnston, et al., | |
| Defendants. | |

TO: The Clerk of the United States District Court for the District of Minnesota and Plaintiffs, through counsel, Daniel E. Gustafson, David A. Goodwin, Anthony J. Stauber, Joseph E. Nelson, Matthew Jacobs, Gustafson Gluek PLLC, 120 South Sixth Street, Suite 2600, Minneapolis, Minnesota 55402; and Hannah Scheidecker (for Plaintiffs James John Rud and Brian Keith Hausfeld), Fremstad Law, 3003 32nd Avenue South, Suite 240, Fargo, North Dakota 58103.

**PLEASE TAKE NOTICE** that Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint will be heard on March 5, 2024, at 4:00 p.m. at the Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415 in Courtroom 14E.

*[Rest of page left intentionally blank]*

Dated:  February 6, 2024.                           Respectfully submitted,

                                                    KEITH ELLISON
                                                    Attorney General
                                                    State of Minnesota

                                                    ***s/ Emily B. Anderson***
                                                    AARON WINTER
                                                    Assistant Attorney General
                                                    Atty. Reg. No. 0390914

                                                    EMILY B. ANDERSON
                                                    Assistant Attorney General
                                                    Atty. Reg. No. 0399272

                                                    JACQUELINE CLAYTON
                                                    Assistant Attorney General
                                                    Atty. Reg. No. 0504082

                                                    445 Minnesota Street, Suite 1400
                                                    St. Paul, Minnesota 55101-2131
                                                    (651) 757-1374 (Voice)
                                                    (651) 282-5832 (Fax)
                                                    aaron.winter@ag.state.mn.us
                                                    emily.anderson@ag.state.mn.us
                                                    jacqueline.clayton@ag.state.mn.us

                                                    *Attorneys for Defendants*

#5635230-v1