UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES JOHN RUD, BRIAN KEITH HAUSFELD, JOSHUA ADAM GARDNER, DWANE DAVID PETERSON, LYNELL DUPREE ALEXANDER, and ANDREW GARY MALLAN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>NANCY JOHNSTON, Executive Director, Minnesota Sex Offender Program, and JODI HARPSTEAD, Department of Human Services Commissioner, *in their individual and official capacities*,<br><br>Defendants. | Civil No. 23-486 (JRT/LIB)<br><br>**ORDER DISMISSING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Daniel E Gustafson, **GUSTAFSON GLUEK PLLC,** 120 South 6th Street, Suite 2600, Minneapolis, MN 55402, for plaintiffs.

Emily Beth Anderson, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL,** 445 Minnesota Street, Suite 1400, Saint Paul, MN 55101, for defendants.

Plaintiffs filed a Motion for Preliminary Injunction requiring Defendants to transfer Plaintiffs Lynell Dupree Alexander and Joshua Adam Gardner to Community Preparation Services (CPS) as ordered by the Minnesota Commitment Appeal Panel (CAP). [ECF No.102]. Since the filing of that motion, the Parties have advised the Court that the Defendants have transferred Mr. Alexander and Mr. Gardner to CPS.  As a result, Plaintiffs' motion for a Preliminary Injunction to transfer Mr. Alexander and Mr. Gardner to CPS is moot.

Accordingly, based upon all the files, records, and proceedings herein, it is hereby

**ORDERED** that Plaintiffs' motion for the transfer of Mr. Alexander and Mr. Gardner to CPS pursuant to their CAP transfer orders is **DISMISSED as MOOT.**

DATED: February 27, 2024                               s/John R. Tunheim            
at Minneapolis, Minnesota.                              JOHN R. TUNHEIM
                                                  United States District Judge