**The Office of**
**Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity, safety, and respect   •   www.ag.state.mn.us

February 27, 2024

*Via ECF with Permission*

The Honorable John R. Tunheim
United States District Court
300 South Fourth Street
Minneapolis, MN  55415

Re:   Joint Letter Regarding *Rud, et al. v. Johnston, et al.*, 23-cv-00486 (JRT/LIB) – Transfer of Plaintiff Lynell Alexander

Dear Judge Tunheim:

The parties write jointly to inform the Court that Plaintiff Lynell Alexander was transferred to CPS in the normal course of waitlist movement on February 26, 2024.

Respectfully submitted,

| | |
|---|---|
| GUSTAFSON GLUEK PLLC | KEITH ELLISON<br>Attorney General<br>State of Minnesota |
| *s/ Daniel E. Gustafson*<br>Daniel E. Gustafson<br><br>(612) 333-8844 (Voice)<br>dgustafson@gustafsongluek.com | *s/ Emily B. Anderson*<br>EMILY B. ANDERSON<br>Assistant Attorney General<br>Atty. Reg. No. 0399272<br>(651) 757-1374 (Voice)<br>Emily.Anderson@ag.state.mn.us |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |