UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| James John Rud, et al., | Case No. 0:23-cv-00486 (JRT/LIB) |
| Plaintiffs, | |
| vs. | **AMENDED NOTICE OF HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Nancy Johnston, et al., | |
| Defendants. | |

TO: The Clerk of the United States District Court for the District of Minnesota and Plaintiffs, through counsel of record.

**PLEASE TAKE NOTICE** that the hearing on Defendants' Motion for Summary Judgment will be heard at 2:00 p.m., on August 14, 2025, in courtroom 14E, at the United States District Court, 300 South Fourth Street, Minneapolis, MN, before the Honorable John R. Tunheim, U.S. District Court Judge, District of Minnesota.

*(Signature on page 2)*

Dated: July 17, 2025

Respectfully Submitted,

KEITH ELLISON
Attorney General
State of Minnesota

**s/Aaron Winter**
AARON WINTER
Assistant Attorney General
Atty. Reg. No. 0390914

BENJAMIN JOHNSON
Assistant Attorney General
Atty. Reg. No. 0391482

JOÃO C.J.G. DE MEDEIROS
Assistant Attorney General
Atty. Reg. No. 0390515

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131

(651) 757-1024 (Voice)
(651) 282-5832 (Fax)
aaron.winter@ag.state.mn.us
benjamin.johnson@ag.state.mn.us
joao.medeiros@ag.state.mn.us

*ATTORNEY FOR DEFENDANTS*

|#6131128-v1