The Office of
**Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity, safety, and respect   •   *www.ag.state.mn.us*

August 18, 2025

Honorable John R. Tunheim
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

      **Re:   Rud, et al. v. Johnston, et al.**
             **Court File No. 23-cv-00486 (JRT-LIB)**

Dear Judge Tunheim:

At the August 14, 2025 hearing on this matter, Your Honor requested a copy of the contempt order from *In re Civil Commitment of Folson*, AP19-9153, because the Court was unable to locate the records on the Minnesota Courts website. Please find a copy of the requested order accompanying this letter.

To facilitate the Court's review of *Folson*, and any of the other CAP proceedings cited in the motion papers, Defendants note that CAP filings are handled by the Minnesota Clerk of Appellate Courts. To access the public filings in a CAP proceeding, please visit P-MACS, the case management system of the Minnesota Appellate Courts, found at the following url:  https://macsnc.courts.state.mn.us/ctrack/publicLogin.jsp

When searching P-MACS for a particular case, deselect the button to "Exclude Closed/Archived" cases, as this button is selected by default. A CAP matter number will always begin with an "AP" prefix.

      Sincerely,

      JOÃO C.J.G. DE MEDEIROS
      Assistant Attorney General

      (651) 757-1497 (Voice)
      (651) 296-7438 (Fax)
      Joao.Medeiros@ag.state.mn.us

      *Attorney for Defendants*

|#6159956-v1